UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Michael Robinson, 241-12-07969
G.M.D.C. (C-73) 15-15 Hazen Street
East Elmhurst, New York. 11370

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Policer Officer John Doe, in his
official and individual capacity

Police Officer John Doe, in his
official and individual capacity
employees and agents of City of New
York Police Department. One Police
Plaza, 44th. precient. New York, N.Y.
10013.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)



I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Michael Robinson,
            ID #  241-12-07969
            Current Institution  G.M.D.C. (C-73) 15-15 Hazen street
            Address  East Elmhurst, New York. 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Police Officer John Doe,   Shield #
                  Where Currently Employed  44th. Precient. One Police
                  Address  Plaza. New York. N.Y. 10013

*Rev. 05/2010*                                   1

Defendant No. 2     Name <u>Police Officer John Doe,</u>     Shield #_____
                    Where Currently Employed <u>44th. Precient. One Police</u>
                    Address <u>Plaza. New York, New York. 10013</u>
                    _____

Defendant No. 3     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

Defendant No. 4     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

Defendant No. 5     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     <u>See Attached Brief Statement of Facts, is follows:</u>
     _____

B.   Where in the institution did the events giving rise to your claim(s) occur?
     <u>974 Sheridan Ave. bronx, New York. 10456</u>
     _____
     _____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     <u>July 9, 2012, at approximately 10:48 P.M.</u>
     _____
     _____

D. Facts: <u>See Attached Brief Statement of Facts in this Complaint as follows:</u>

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. <u>Plaintiff's Suffered with extreme emotional Multipal type truma and trumatized disstruss order by the hands of the Employee] and agaents and as well as for Police Officers of the City of New York N.Y. 10003, Police Department One Police Plaza, and the Bronx County District Attorney Office Mr. Robert T. Johnson, and his agants A.D.A. Located at 198 East 161 Street, Bronx, New York, 10451</u>

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No  X

*Rev. 05/2010*                                     3

Dated: June    , 2013

Michael Robinson, 241-12-07969
G M D C  (C-73) 15-15 Hazen St
East ELmhurst, New York  11370

## BRIEF STATEMENT OF FACTS

1). On or about July 9, 2012, at approximately 10:48 P.M Located at 974 Shriedon Ave  Bronx, New York  10453, plaintiff's Michael Robinson, was arrested and charged with <u>Assault in the Third Degree</u>, Penal Law Section 120 05, and as well as for other relayed offenses of the Penal Law

2). The Plaintiff's and his Wife Ms. _Cyntheia, Cruz_, was in his house when there were arguing when there door was opening alittle, and the Police Officers approached and enter there house without any permission from owner or from (me or my wife) they came in the house and told my wife to leave and step out of her house  and into the hallway of the house  and also told the Plaintiff s to come out of his room, and enter the Living Room, and plaintiff's comply without incident or any revocation

of his illegal detention and force  imprisonment and was order under arrest they took my wife' Indentification Card and told her to press charges against plaintiff's  and the Plaintiff's was taken to the 44th Precient, in Bronx County

3). plaintiff Michael Robinson, will sue the Employee, agents and Defendants, Police Officers, in there official and individual capacity, in the amount of Two Million Dollars, Compensatory Damage to Compensate the Plaintiff's for suffering and mental anguish, and the plaintiff's will also sue the defendant's for Punitive damages, in the amount 100,000.00 thousand Dollars, for cruel and unusual punishment, diliberte indifferance and of malice and illegal force imprisonment and detention, and

Page Two

4). Filing Bogus charges and alleged crimes, in violation of the Plaintiff's United states Constitutional Rights, under 4th. 5th. 6th. and 8th. and 14th. Amendment. U.S. Const.

5). The Plaintiff's respectfully prays that this Court grant, and plaintiff's relief and any othefurther relief, which this Court deems just and proper.

Dated: June 5, 2013
      G.M.D.C. 15-15 Hazen St.
      East ELmhurst, N.Y. 11370

CC:

I declear under penalty of perjury that the forgoing is true and correct:

Respectfully Submitted,

*Michael Robinson*
Michael Robinson, 241-12-07969
G.M.D.C. (C-73) 15-15 Hazan St.
East ELmhurst, New York. 11370

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?
   _____

   1.  Which claim(s) in this complaint did you grieve? _____
   _____

   2.  What was the result, if any? _____
   _____

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   _____
   _____
   _____

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here: _____
   _____
   _____
   _____

   2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff Michael Robinson, will sue the City of New York Employees, agaents and Defendant's. New York City Police Department. john Doe, in his or her official and indi-vidure capacity, for diliberate in difference, malice and cruel and unusual punishment, for force imprisoment and ilegal detention, warrantless arrest, without probable cause, for the bogus alleged Drug Sale of Controlled substance, by the hands of agents of City of New York police Department, Plaintiff's will sue in the amount of Two Million Dollars, Compensatory Damage, to compensate Plaintiff's for his suffering, extreme emotional distruss disorder, truma and also trumatization, and for Punitive Damage in the amount of $100,0000.00 Thousand Dollars, for Cruel and Unusual Punishment, of Diliberate indifference and malice acts, and illegal force imprisoment and de-tention and for filing bogus charges and alleged Drug sale of con-trolled substance.

VI.  Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1.  Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____
  _____
  3.  Docket or Index number _____
  4.  Name of Judge assigned to your case _____
  5.  Approximate date of filing lawsuit _____
  6.  Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition _____
  7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
  _____
  _____

[On other claims]

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1.  Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.  Court (if federal court, name the district; if state court, name the county) _____
  _____
  3.  Docket or Index number _____
  4.  Name of Judge assigned to your case _____
  5.  Approximate date of filing lawsuit _____
  6.  Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition _____
  7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
  _____

*Rev. 05/2010*            6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of June, 2013.

      Signature of Plaintiff   *Michael Robinson*
      Inmate Number     241-12-07969
      Institution Address    G.M.D.C. 15-15 Hazen Street
                  East ELmhurst, N.Y. 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ____ day of June, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                    Respectfully Submitted,

      Signature of Plaintiff:   *Michael Robinson*
                 Michael Robinson, 241-12-07969
                 G.M.D.C. (C-73) 15-15 Hazen St.
                 East ELmhurst, New York. 11370