UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Robinson 241-12-07969

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police officer of 44th Precinct 2
East 169 Street Bronx New York
10452-7800

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/13

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☑ Yes   ☐ No
(check one)

13 Civ. 4080 (ALC)

RECEIVED
OCT 31 2013
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  Michael Robinson
              ID#   241-12-07969
              Current Institution  G.M.D.C
              Address  15-15 Hazen (ST) Rikers Island

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Officer Christopher Egan   Shield # 14190
                  Where Currently Employed  44th Precinct 2 East
                  Address  169 Street Bronx NY, 10452-7800

Rev. 01/2010

1

Defendant No. 2   Name **Officer Robert Meyer**   Shield # **17034**
Where Currently Employed **44th Precinct 2 East 169**
Address **Street Bronx, NY, 10452-7800**

Defendant No. 3   Name _____ Shield # _____
Where Currently Employed _____
Address _____

> Who did what?

Defendant No. 4   Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
_____
_____

B.   Where in the institution did the events giving rise to your claim(s) occur?
**974 Sheridan Ave. Bronx New York. 10456**

C.   What date and approximate time did the events giving rise to your claim(s) occur?
**July 9, 2012, at approximately 10:48 P.M.**

> What happened to you?

D.   Facts: **ON the above Date and time I was arrested and charged with D.V. Assault charges. I was in my house with my wife arguing when the door was opening a little and the police officers approached and enter the house without any permission from my wife or from me they came in the house and told my wife to leave and step**

Rev. 01/2010                    2

out of her house and into the hallway and also told me to come out of my room and enter the living room I michael Robinson comply with out incident or any revocation of his illegal detention and force imprisonment and was order under arrest they took my wife identification card and told her to press charges against I michael Robinson and I was taken to the 44th precient in bronx County.

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Plaintiff suffered with extreme emotional Multipal type truma and trumatized disstruss order by the Hands of the Employee and a well as for Police Officers of the City of New York 44th Precinct, 2 East 169 Street. Bronx New York 10452-7800. and the Bronx County District Attorney office Mr. Robert T. Johnson agants A.D.A located at 198 East 161 Street. Bronx New York 10451

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ____

If YES, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?

_____
_____

2. What was the result, if any?

_____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff will sue the N.Y Employees Defendant's Police Department. Officer C. Egan Shield 14190, Officer R. Meyer Shield 17234, for capacity deliberate in differance, Malice and cruel and unusual punishment, force imprisoment, ilegal detention, warrantless arrest with out probable cause, for bogus alleged Assault in the Third Degree, by hands of agents of police Department. Plaintiff will sue for the amount of Two million Dollars, compensatory Damage, to compensate Plaintiff for his suffering, extreme emotional distruss disorder, truma and also trumatization, and for Punitive Damage in the amount of $100,000.00 Thousand Dollars, for Cruel and Unusual Punishment, of Diliberate indifferance and malice act, and illegal force imprisoment and detention and for filing bogus Charges.

Rev. 01/2010                                      5

_____
_____
_____
_____

VI.  **Previous lawsuits:**

**On these claims**

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____
_____3.  Docket or Index number _____
_____4.  Name of Judge assigned to your case_____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition_____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**On other claims**

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____   No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____
_____3.  Docket or Index number _____
_____4.  Name of Judge assigned to your case_____
5.  Approximate date of filing lawsuit _____

Rev. 01/2010                                             6

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of October, 2013.

              Signature of Plaintiff   *Michael Robinson*
              Inmate Number   241-12-07969
              Institution Address   G.M.D.C 15-15 Hazen Street East Elmhurst, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 21 day of October, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

              Signature of Plaintiff: _M.R._____



Michael Robinson
241-13-07988
15-15 Hazen Street
E. Elmhurst 11370

RECEIVED
SDNY PRO SE OFFICE
2013 OCT 31 P 2:51

United States District Court
Southern District of New York
Pro Se Office
500 Pearl Street,
New York, NY 10007